FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 21, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GABRIEL ECKARD,<br><br>                Plaintiff,<br><br>   v.<br><br>SGT. DEAN MULLINS, C/O MICHAEL GARCIA and C/O MICHAEL GARCIA'S PARTNER,<br><br>                Defendants. | NO: 4:22-CV-05009-RMP<br><br>ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION |

On February 17, 2022, the Court directed Plaintiff Gabriel Eckard, a *pro se* prisoner at the Washington State Penitentiary, to show cause within thirty (30) days why the Court should grant his application to proceed *in forma pauperis*. ECF No. 5 at 5. In the alternative, Plaintiff could have paid the $402.00 filing fee. *Id.* Plaintiff did not comply with these directives and has filed nothing further in this action.

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION -- 1

Liberally construing this action in the light most favorable to Plaintiff, the Court finds that he was failed to overcome the preclusive effects of 28 U.S.C. § 1915(g).  *See O'Neal v. Price*, 531 F.3d 1146, 1153 (9th Cir. 2008).   Because Plaintiff did not avail himself of the opportunity to pay the $402.00 filing fee, he may not proceed with this action.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's application to proceed *in forma pauperis,* **ECF No. 2,** is **DENIED.**

2. This action is **DISMISSED WITHOUT PREJUDICE** for non-payment of the filing fee as required by 28 U.S.C. § 1914.

3. All pending motions are **DENIED AS MOOT.**

4. The District Court Clerk shall **CLOSE** the file.

5. The Court certifies any appeal of this dismissal would not be taken in good faith.

**IT IS SO ORDERED.**  The District Court Clerk is directed to enter this Order, enter judgment, and provide copies to Plaintiff.

**DATED** March 21, 2022.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Senior United States District Judge

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION -- 2